IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STACIE COLLINS
ADC #712348                                                                          PLAINTIFF

v.                              No. 5:14-cv-344 DPM-JTR

WATSON, Corporal, Drill Instructor,
Tucker Unit Boot Camp; BILLY POTTER, Sergeant,
Drill Instructor, Tucker Unit Boot Camp; THOMAS,
Corporal, Drill Instructor, Tucker Unit Boot Camp;
RITA STARR, Lieutenant, Tucker Unit Boot Camp;
BILLY STENNET, Corporal, Drill Instructor,
Tucker Unit Boot Camp; MAYES, Drill Instructor, Tucker
Unit Boot Camp; and RAY STARKS, Corporal,
Drill Instructor, Tucker Unit Boot Camp                                              DEFENDANTS

ORDER

1. Magistrate Judge Ray granted Collins leave to proceed *in forma pauperis*. № 6. The Court must now screen Collins's substituted complaint. № 7; 28 U.S.C. § 1915A. Collins, who is an atheist, claims that Watson, Starks, Thomas, and Potter violated her rights under the Establishment Clause by forcing her to attend religious services. For screening purposes only, the Court concludes that Collins has stated a plausible § 1983 claim. *Munson v. Norris*, 435 F.3d 877, 880 (8th Cir. 2006).

2. The Clerk is directed to prepare summons for Watson, Starks, Thomas, and Potter, and the U.S. Marshal must serve the summons, substituted complaint, and this Order on each of them without prepayment of fees and costs or security.

3. Collins hasn't pleaded any claims against Starr, Stennet, or Mayes. The Court therefore dismisses them without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

10 November 2014