IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STACIE COLLINS
ADC #712348                                                                PLAINTIFF

v.                       No. 5:14-cv-344-DPM-JTR

LON WATSON, Corporal, Drill Instructor,
Tucker Unit Boot Camp; DANIEL POTTER,
Sergeant, Drill Instructor, Tucker Unit
Boot Camp; JAMES THORN, Corporal,
Drill Instructor, Tucker Unit Boot Camp; and
ROY STARKS, Corporal, Drill Instructor,
Tucker Unit Boot Camp                                                      DEFENDANTS

ORDER

Unopposed recommendation, № 29, adopted. FED. R. CIV. P. 72(b).

Defendants' motion for summary judgment, № 21, granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 June 2015