IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STACIE COLLINS
ADC #712348                                                                PLAINTIFF

v.                      No. 5:14-cv-344-DPM

LON WATSON, Corporal, Drill Instructor,
Tucker Unit Boot Camp; DANIEL POTTER,
Sergeant, Drill Instructor, Tucker Unit
Boot Camp; JAMES THORN, Corporal,
Drill Instructor, Tucker Unit Boot Camp; and
ROY STARKS, Corporal, Drill Instructor,
Tucker Unit Boot Camp                                                      DEFENDANTS

## JUDGMENT

The substituted complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 June 2015